UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ DEC 06 2006 ★

LONG ISLAND OFFICE

| Site Pro-1, Inc., | |
|---|---|
| Plaintiff | Civil Action No. CV-06 6508 |
| v. | COMPLAINT |
| Better Metal, LLC, | |
| Defendant | |

GLASSER, J.
REYES, JR, M.

For its Complaint against defendant, plaintiff Site Pro-1, Inc., by its attorneys, The Farrell Law Firm, alleges as follows:

**PARTIES**

1. Plaintiff Site Pro-1, Inc. ("SitePro1") is a corporation of the State of New York having offices at 15 Oser Avenue, Hauppauge, New York 11788.

2. On information and belief, defendant Better Metal, LLC ("Better Metal") is a corporate entity having offices at 126 Wheeler Street, La Vergne, TN 37086.

**JURISDICTION AND VENUE**

3. This is a civil action for trademark infringement under the Trademark Laws of the United States, 15 U.S.C. §1114(1), *et seq.*

4. Jurisdiction is conferred upon this Court under 15 U.S.C. §1121 and 28 U.S.C. §1338(a). This Court has pendant jurisdiction over all related claims herein in accordance with 28 U.S.C. §1338(b).

5. Venue is proper under 28 U.S.C. §1391.

## STATEMENT OF FACTS

6. Operating under its SITE PRO 1® mark, SitePro1 has manufactured and sold numerous products, including metal components used in construction of exterior wireless communications transmitter and receiver facilities, i.e. wireless telecommunications towers, namely cable wire, cable mounts, clamps, supports, antenna supports and metal connectors, as well as for other purposes.

7. Long prior to the acts of Better Metal that are complained of herein, SitePro1 has sold hundreds of thousands of dollars of metal components for constructing exterior wireless communications transmitter and receiver facilities under its SITE PRO 1® mark.

8. By virtue of extensive use, advertising and promotion, and prior to the acts of Better Metal that are complained of herein, SitePro1's SITE PRO 1® mark became famous in the wireless telecommunications tower construction industry, and has acquired strong and valuable secondary meaning. SitePro1 owns all rights in its SITE PRO 1® mark.

9. SitePro1 sells its products by advertising over the Internet at www.sitepro1.com.

10. SitePro1 has registered its SITE PRO 1® trademark on the principal register of the U.S. Patent and Trademark Office, which issued Registration No. 3,111,463 (the " '463" registration) to SitePro1. The status and description of the '463 registration is attached hereto as Exhibit A.

11. Better Metal is a direct competitor of SitePro1.

12. At Internet site www.bettermetal.com, Better Metal advertises itself as being a stocking manufacturer of products for the wireless industry, and sells products that include antenna mounts utilized in the construction of wireless telecommunications towers.

13. Like SitePro1, Better Metal sells via the Internet antenna mounts and other products for use in construction of wireless telecommunications towers.

14. Upon information and belief, for the purpose of improperly directing Internet users to its site, Better Metal placed SitePro1's SITE PRO 1® trademark in the metadata and/or meta tags of its www.bettermetal.com and/or improperly included SitePro1's SITE PRO 1® trademark in a search engine algorithm utilized by the Yahoo! search engine.

15. When an Internet user performs a search for "Site Pro 1", the Yahoo! search engine retrieves a listing for the www.bettermetal.com site and posts that listing before SitePro1's www.sitepro1.com website. See Exhibit B hereto.

16. By utilizing the identical designation of SitePro1's SITE PRO 1® mark, Better Metal is directing SitePro1 customers and potential SitePro1 customers to www.bettermetal.com, which offers for sale products that compete with SitePro1's products.

17. SitePro1 has been and continues to be damaged by Better Metal's actions.

18. On information and belief, Better Metal will continue the acts that are complained of herein unless enjoined by this Court.

## COUNT I : FEDERAL TRADEMARK INFRINGEMENT

19. SitePro1 realleges paragraphs 1 through 18 above.

20. Better Metal's above-described acts constitute trademark infringement of SitePro1's federally registered SITE PRO 1® mark in violation of the United States Trademark Act, 15 U.S.C. § 1114(1).

## COUNT II : FEDERAL UNFAIR COMPETITION

21. SitePro1 realleges paragraphs 1 through 20 above.

22. Better Metal's above-described wrongful acts have caused unjust enrichment of Better Metal.

23. Better Metal's above-described wrongful acts constitute misleading use of a word, term, name, trade dress, symbol or device, or a combination thereof, in violation of the United States Trademark Act, 15 U.S.C. § 1125(a).

## COUNT III : COMMON LAW UNFAIR COMPETITION

24. SitePro1 realleges paragraphs 1 through 23 above.

25. Better Metal's above-described wrongful acts constitute unfair competition in violation of the common law of the United States, including the common law of the State of New York.

## COUNT IV : FEDERAL TRADEMARK DILUTION

26. SitePro1 realleges paragraphs 1 through 25 above.

27. Prior to the above-described acts of Better Metal, the SITE PRO 1® trademark became famous within the meaning of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(c).

28. Better Metal's above-described acts caused and continue to cause actual dilution of the distinctive quality of SitePro1's SITE PRO 1® trademark, and have lessened the capacity of the trademark for distinguishing SitePro1's goods.

**WHEREFORE**, plaintiff Site Pro-1, Inc. requests that relief in its favor be afforded as follows:

1. That an injunction be entered preliminarily and permanently prohibiting defendant, as well as its subsidiaries, affiliates, divisions, officers, employees, agents, servants, attorneys, representatives, successors, assigns and those in privity or acting in concert with defendant from:

a. using the SITE PRO 1® trademark, or any name or mark which includes that mark, or is otherwise likely to cause confusion, mistake, deception, or in any way dilute the distinctiveness of SitePro1's trademark; and

b. doing any other act or thing likely to confuse, mislead or deceive others into believing that defendant, or any product or service that emanates therefrom, is affiliated or connected with or is sponsored or approved by SitePro1;

c. unfairly competing with SitePro1; and

d. injuring SitePro1's business reputation and the goodwill associated with the SITE PRO 1® trademark; and

2. That an Order be entered awarding monetary relief in an amount to be fixed by the Court, including:

   a. all profits received by defendant from sales and revenues of any kind made as a result of its acts of trademark infringement, unfair competition and dilution, with such amount trebled due to the willfulness of defendant's actions;

   b. punitive damages;

   c. the cost of advertising and expenditures necessary to dispel any public confusion caused by defendant's unlawful acts as complained of herein; and

   d. an award of plaintiff the costs of this action, including reasonable attorneys' fees, experts fees and interest, pursuant to 15 U.S.C.§ 1117;

3. That an Order be entered requiring defendant to file with the Court and serve on SitePro1 within thirty (30) days after issuance of an injunction, a report provided under oath setting forth in detail the manner in which defendant has complied with the injunction; and

4. Further relief that this Court may deem just.

Dated: December 5, 2006
      Uniondale, New York

                              Respectfully submitted,

                              THE FARRELL LAW FIRM

                              By _____
                              John F. Gallagher III (JFG-3174)
                              333 Earle Ovington Blvd., Suite 701
                              Uniondale, NY 11553
                              (516) 228-3565
                              Attorneys for Plaintiff
                              **SITE PRO-1, INC.**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-12-01 11:57:56 ET

**Serial Number:** 78560970 Assignment Information

**Registration Number:** 3111463

Mark

# SITE PRO 1

**(words only):** SITE PRO 1

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-07-04

**Filing Date:** 2005-02-04

**Transformed into a National Application:** No

**Registration Date:** 2006-07-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-07-04

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Site Pro 1, Inc.

**Address:**

# Exhibit A

Site Pro 1, Inc.
15 Oser Avenue
Hauppauge, NY 11788
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 006
**Class Status:** Active
Metal components used in constructing exterior wireless communications transmitter and receiver facilities, namely cable wire, cable mounts, clamps, supports, antenna supports, and metal connectors
**Basis:** 1(a)
**First Use Date:** 2003-12-00
**First Use in Commerce Date:** 2003-12-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-04 - Registered - Principal Register

2006-04-11 - Published for opposition

2006-03-22 - Notice of publication

2006-02-21 - Law Office Publication Review Completed

2006-02-17 - Assigned To LIE

2006-02-16 - Examiner's amendment mailed

2006-02-16 - Approved for Pub - Principal Register (Initial exam)

2006-02-16 - Examiner's Amendment Entered

2006-02-16 - Examiner's Amendment Entered

2006-02-16 - Examiners Amendment -Written

2006-02-07 - Teas/Email Correspondence Entered

2006-02-02 - Communication received from applicant

2006-02-02 - TEAS Response to Office Action Received

2005-09-08 - Non-final action mailed

2005-09-07 - Non-Final Action Written

2005-09-01 - Assigned To Examiner

2005-02-14 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Ira C. Edell

**Correspondent**
IRA C. EDELL
EDELL, SHAPIRO & FINNAN LLC
1901 RESEARCH BLVD STE 400
ROCKVILLE, MD 20850-6120
Phone Number: 3014243640
Fax Number: 3017624056

site pro 1 - Yahoo! Search Results                                                                                                                      Page 1 of 1

Yahoo!   My Yahoo!   Mail   Welcome, Guest [Sign In]                                                                                Search Home   Help

**YAHOO! SEARCH**     Web  Images  Video  Audio  Directory  Local  News  Shopping  More »
site pro 1                                                   [Search]

                                                                                                         Answers   Search Services   |   Advanced Search   Preferences
Search Results                                                                                           1 - 10 of about 172,000,000 for site pro 1 - 0.16 sec. (About this page)

    Also try: site pro 1 acoustic, site works, adobe systems incorporated   More...

                                                                                                                          SPONSOR RESULTS

- **Better Metal -We Save You Time and Money**
  www.bettermetal.com - Stocking manufacturer of products for the wireless
  industry including antenna mounts, cable ladder, ice bridge, monopole platforms,
  ground bars/lugs, weatherproofing and coax accessories.

- **Site Pro**
  www.ebay.com - Choose from a vast selection of hunting items - new and used,
  it's all on eBay.

1. **Site Pro 1 | Manufacturer of Wireless Site Components | 1-888-GET-PRO 1**
   Welcome to **Site Pro 1**, the premier manufacturer of wireless site components.
   We are the experts and we are here to help you.
   www.getpro1.net - 15k - Cached - More from this site

2. **Adobe Premiere**
   Adobe Premiere product information and downloads for the digital video editing
   software.
   Category: Video Software > Adobe Programs
   www.adobe.com/products/premiere/main.html - 38k - Cached - More from this
   site

3. **Pro-One**
   Makers of motorcycle accessories.
   www.pro-one.com - 15k - Cached - More from this site

4. **Proflowers Official Site - Fresh Cut Flowers, Roses, Plants, & More**
   Send beautiful flowers from ProFlowers, rated #1 flower site by Money.com.
   Roses, tulips, lilies and other flowers are available for nationwide delivery.
   Quick Links: Birthday - Anniversary - Get Well
   www.proflowers.com - More from this site

5. **Avid Offers Products And Services For Digital Media Creation**
   Trust Avid for all your media storage, film and video editing, and audio production
   needs. Visit avid.com to learn more.
   Quick Links: Solutions - Community - Support
   www.avid.com - More from this site

6. **Apple - Pro**
   Read profiles about creative professionals and their use of Apple technology. In
   addition, check out tips, techniques, resources, and other information. ... Buy
   direct from Apple 24 hours a day, or call 1-800-854-3680 ... Find an Apple
   Reseller: Home > Pro. Site Map | Search Tips ...
   www.apple.com/pro - 21k - Cached - More from this site

7. **Buy Musical Instruments & Equipment - zZounds.com**
   Lowest Price Guarantee on the latest musical instruments & equipment at
   zZounds.com. Join 300,000+ happy customers paying low shipping costs on top
   brands.
   Category: Music Retailers > Instruments and Equipment
   www.zzounds.com - More from this site

8. **1 2 3 Submit PRO**
   Provides search engine placement and optimization, and Internet marketing
   services.
   Category: Search Engine Optimization Services
   websitesubmit.hypermart.net - 21k - Cached - More from this site

9. **::PRO 1 GROUP::**
   Mambo Open Source - the dynamic portal engine and content management
   system.
   www.pro1.tv - 21k - Cached - More from this site

   **Exhibit B**

10. **WebSite**
    Category: Software > Microsoft Windows
    website.ora.com - 21k - Cached - More from this site
    Also try: site pro 1 acoustic, site works, adobe systems incorporated   More...

                               1  2  3  4  5  6  7  8  9  10   Next

                    site pro 1                                           [Search]

                                     Get your free Yahoo! Toolbar - Web Search, Yahoo! Mail & more.

              Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

http://search.yahoo.com/search?p=site+pro+1&fr=yfp-t-501&toggle=1&cop=mss&ei=UT...    12/1/2006