AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern    District of    New York

Site Pro-1, Inc.

V.

Better Metal, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CV-06 6508**

**GLASSER, J.**

**REYES, JR, M.**

TO: (Name and address of Defendant)

Better Metal, LLC
126 Wheeler Street
La Vergne, TN 37086

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE FARRELL LAW FIRM
Attn: John F. Gallagher III
333 Earle Ovington Blvd.
Suite 701
Uniondale, NY 11553

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**ROBERT C. HEINEMANN**    DEC 0 7 2006

CLERK                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 19, 2007 @ 3:30 pm. |
| NAME OF SERVER (PRINT) Wallace Shook | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 120 Wheeler Street - David Stansbury - Office Assistant
La Vergne, TN 37086

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-19-07
             Date

*Signature of Server*

P.O. Box 1421, Florence, AL 35630
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.