IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITE PRO-1, INC., | ) |
| Plaintiff, | ) No. CV-06 6508 |
| v. | ) JUDGE GLASSER |
| | ) MAGISTRATE JUDGE REYES, JR. |
| BETTER METAL, LLC, | ) JURY DEMAND |
| Defendant. | ) |

TO:   John F. Gallagher, III, Esq.
      THE FARRELL LAW FIRM
      333 Earle Ovington Blvd.
      Uniondale, NY  11553

## **MOTION OF JONATHAN D. ROSE FOR PRO HAC VICE ADMISSION**

Please take notice that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable I. Leo Glasser at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Boult, Cummings, Conners & Berry PLC and a member in good standing of the Bar of the State of Tennessee, as attorney pro hac vice to argue or try this case in whole or in part as counsel.  There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,


/s/ Jonathan D. Rose
Thor Y. Urness (TU3908)
Jonathan D. Rose (JR8848)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2384

*Attorneys for Better Metal, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being forwarded via ECF, to:

John F. Gallagher, III, Esq.
THE FARRELL LAW FIRM
333 Earle Ovington Blvd.
Uniondale, NY  11553

on this the 9th day of February, 2006.

s/ Jonathan D. Rose
Jonathan D. Rose