IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| SITE PRO-1, INC., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. CV-06 6508 |
| v. | ) ) ) | JUDGE GLASSER MAGISTRATE JUDGE REYES, JR. |
| BETTER METAL, LLC, | ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## **ORDER FOR PRO HAC VICE ADMISSION**

The motion of Jonathan D. Rose for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Jonathan D. Rose, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated:

_____
United States District Judge

1495973 v1
104017-003  02/09/07