IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITE PRO-1, INC., ) | |
| ) | No. CV-06 6508 |
| Plaintiff, ) | |
| ) | JUDGE GLASSER |
| v. ) | MAGISTRATE JUDGE REYES, JR. |
| ) | |
| BETTER METAL, LLC, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

STATE OF TENNESSEE   )
                     )
COUNTY OF DAVIDSON   )

### AFFIDAVIT OF THOR Y. URNESS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Thor Y. Urness, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Suite 700, Nashville, TN 37203.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Tennessee.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

FURTHER THIS AFFIANT SAITH NOT.

_____
Thor Y. Urness

STATE OF TENNESSEE           )

COUNTY OF DAVIDSON         )

     Personally appeared before me, Sharon Cooper, the undersigned, a Notary Public in and for said County and State, the within named Thor Y. Urness, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged that he executed the within instrument for the purposes therein contained.

     WITNESS my hand and seal at office in Nashville, Tennessee, on this the 9th day of February, 2007.

_____
Notary Public

My Commission Expires:

8/25/08

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

*I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that THOR YHONE URNESS is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*Date of Enrollment: June 6, 1989.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 8th day of February, 2007.*

*Michael W. Catalano, Clerk*

By _____ D.C.