IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITE PRO-1, INC., ) | |
| ) | No. CV-06 6508 |
| Plaintiff, ) | |
| ) | JUDGE GLASSER |
| v. ) | MAGISTRATE JUDGE REYES, JR. |
| ) | |
| BETTER METAL, LLC, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## **ORDER FOR PRO HAC VICE ADMISSION**

The motion of Thor Y. Urness for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Thor Y. Urness, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated:

_____
United States District Judge

1495896 v1
104017-003  02/09/07