IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITE PRO-1, INC., | ) |
| Plaintiff, | ) No. CV-06 6508 |
| v. | ) JUDGE GLASSER |
| | ) MAGISTRATE JUDGE REYES, JR. |
| BETTER METAL, LLC, | ) JURY DEMAND |
| Defendant. | ) |

## ORDER FOR PRO HAC VICE ADMISSION

The motion of Jonathan D. Rose for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Jonathan D. Rose, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: 2/9/2007

/s/Ramon E. Reyes, Jr.
_____
United States Magistrate Judge

1495973 v1
104017-003 02/09/07