IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITE PRO-1, INC., ) | |
| ) | No. CV-06 6508 |
| Plaintiff, ) | |
| ) | JUDGE GLASSER |
| v. ) | MAGISTRATE JUDGE REYES, JR. |
| ) | |
| BETTER METAL, LLC, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

### ORDER FOR PRO HAC VICE ADMISSION

The motion of Thor Y. Urness for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Thor Y. Urness, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: 2/9/2007

/s/ Ramon E. Reyes, Jr.
_____
United States Magistrate Judge

1495896 v1
104017-003  02/09/07