**RAMON E. REYES, JR.**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: February 22, 2007

START TIME: 10:00 AM   END TIME: 10:25

DOCKET NO. 06-6508 (ILG)   CASE: Site Pro 1 v. Better Metal

___X___ INITIAL CONFERENCE   _____ DISCOVERY CONFERENCE

_____ SETTLEMENT CONFERENCE   _____ STATUS CONFERENCE

_____ FINAL/PRE-TRIAL CONFERENCE   _____ TELEPHONE CONFERENCE

_____ ORDER TO SHOW CAUSE   _____ JURY SELECTION

_____ PRE MOTION HEARING

MANDATORY DISCLOSURE DUE DATE: _____

FOR PLAINTIFF(S): John F. Gallagher, III, Esq.   TELEPHONE #: (516) 228-8484

FOR DEFENDANT(S): Jonathan Rose, Esq.   TELEPHONE #: (615) 252-2308
  appeared by telephone

_____ DISCOVERY TO BE COMPLETED BY   _____

_____ NEXT CONFERENCE SCHEDULED FOR   _____

_____ PRE-TRIAL ORDER TO BE SUBMITTED TO CHAMBERS BY

FOR PLAINTIFF: _____   DEFENDANT: _____

THE FOLLOWING RULINGS WERE MADE
**PLEASE TYPE THE FOLLOWING ON THE DOCKET SHEET**

Δ's proposed motion to dismiss [6] discussed. Parties to inform Chambers by 2/28 whether they consent to Judge Reyes either deciding the motion or handling the case for all purposes.

FTR:# (10:06:22 — 10:27:36)