# THE FARRELL LAW FIRM

### A Professional Corporation
## ATTORNEYS AT LAW
333 Earle Ovington Boulevard, Suite 701
Uniondale, New York 11553

Paul J. Farrell
———

Michael J. Musella
Wendy A. Greeneich
John F. Gallagher III
Ryan C. Carter
Selwyn N. Bartholomew
Emmanuel Coffy*
Dinh G. Lai*
———

Thomas C. Schoeffler
Camilo E. Adames
*Patent Agents*

*Admitted in New Jersey

Tel: 516-228-3565
Fax: 516-228-8475 / 516-228-8476
e-mail: genmail@farrelliplaw.com

February 27, 2007
Via ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Room 263
Courtroom A – North Wing, 2nd Floor
Brooklyn, New York 11201

Re:     **Site Pro 1 v Better Metal**
        **06cv6508 (ILG/RER)**

Dear Judge Reyes:

    All parties in this action consent to Your Honor ruling on the Rule 12(b)(6) motion that defendant has filed in the above-referenced action. Pending service of an answer, the parties are not able to consent to referral of all issues for ruling by Your Honor. The parties wish to revisit this matter after Your Honor renders a decision on the pending motion.

    The parties have agreed to the following briefing schedule. Plaintiff will serve its opposition papers on March 9, 2007, defendant will serve any reply on March 16, 2007, at which time Defendant will provide Your Honor with a courtesy copy of all motion papers.

    This letter is submitted on consent of all parties. Thank you for your assistance with this matter. Please let us know if any further information is needed.

Respectfully submitted,

John F. Gallagher III
Counsel for Plaintiff, Site Pro 1

cc (via ECF):      Thor Y. Urness, Esq., Jonathan Rose, Esq.
                   BOULT, CUMMINGS, CONNERS & BERRY, PLC
                   Counsel for Defendant, Better Metal

Dockets.Justia.com