Paul J. Farrell

Michael J. Musella
Wendy A. Greenseich
John F. Gallagher III
Ryan C. Carter
Selwyn N. Bartholomew
Emmanuel Coffy*
Dinh G. Lai*

Thomas C. Schoeffler
Camilo E. Adames
*Patent Agents*

*Admitted in New Jersey

THE FARRELL LAW FIRM
A Professional Corporation
ATTORNEYS AT LAW
333 Earle Ovington Boulevard, Suite 701
Uniondale, New York 11553

Tel: 516-228-3565
Fax: 516-228-8475 / 516-228-8476
e-mail: genmail@farrelliplaw.com

March 7, 2007

Via ECF and
Facsimile : 718-613-2125

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Room 263
Courtroom A – North Wing, 2nd Floor
Brooklyn, New York 11201

Re:   **Site Pro 1 v Better Metal**
      **06cv6508 (ILG/RER)**

Dear Judge Reyes:

We represent plaintiff, Site Pro 1, in this action. Pursuant to Your Honor's individual rules, we write to request a one-week extension of the briefing schedule that was reported to Your Honor in our letter dated February 27, 2007. The reason for this request is to allow plaintiff to obtain further technical information for a supporting Declaration.

This is a first request for an extension. We have contacted defendant's counsel, who does not oppose this request.

The extension makes plaintiff's opposition papers due on March 16th, from March 9th. Defendant's reply would be due on March 23rd, from March 16th.

Thank you for your assistance with this matter.

Respectfully submitted,

John F. Gallagher III
Counsel for Plaintiff, Site Pro 1

cc:  Thor Y. Urness, Esq., Jonathan Rose, Esq.
     BOULT, CUMMINGS, CONNERS & BERRY, PLC
     Counsel for Defendant, Better Metal
     Via ECF and facsimile : 615-252-6384

Dockets.Justia.com