**bc  BOULT ▪ CUMMINGS®**
**CONNERS ▪ BERRY** PLC

Jonathan D. Rose
(615) 252-2308
Fax: (615) 252-6308
Email: jrose@boultcummings.com

March 23, 2007

**VIA ECF AND FEDERAL EXPRESS**

Honorable Ramon E. Reyes, Jr., USMJ
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Site Pro-1, Inc. v. Better Metal, LLC</u>, Case No. 06-CV-6508 (ILG)(RER)
     Motion to Dismiss Pursuant to Rule 12(b)(6)

Dear Magistrate Judge Reyes:

  The parties have completed their briefing of Better Metal's Motion to Dismiss. As such, and pursuant to the parties' agreement to have the Motion determined by Your Honor, I am filing a copy of each of the following and am enclosing two courtesy copies of each of the following with this letter:

1. Better Metal, LLC's Notice of Motion and Motion to Dismiss

2. Better Metal, LLC's Memorandum in Support of Motion to Dismiss
   (as filed, with newly attached Table of Contents and Table of Authorities)

3. Site Pro-1, Inc.'s Opposition to Rule 12(b)(6) Motion (with attached Exhibits)

4. Better Metal, LLC's Reply in Support of Motion to Dismiss

  On behalf of Better Metal, LLC, we respectfully request oral argument on this motion. We also respectfully request leave for Better Metal, LLC's counsel to appear at oral argument by telephone, if Your Honor deems that appropriate.

  No previous application for the same or similar relief has been made.

        Truly yours,

        BOULT, CUMMINGS, CONNERS & BERRY, PLC

        By: *Jonathan D. Rose*
        Jonathan D. Rose (JR-8848)

1497662 v2
104017-003
3/23/2007

LAW OFFICES
1600 DIVISION STREET ▪ SUITE 700 ▪ P.O. BOX 340025 ▪ NASHVILLE ▪ TN ▪ 37203
TELEPHONE 615.244.2582   FACSIMILE 615.252.6380   www.boultcummings.com

Dockets.Justia.

Honorable Ramon E. Reyes, Jr., USMJ
March 23, 2007
Page 2

Enclosures

cc: John F. Gallagher, III (w/ one copy of enclosures)
     Thor Y. Urness (w/o enclosures)

1497662 v2
104017-003
3/23/2007