# THE FARRELL LAW FIRM
A Professional Corporation
ATTORNEYS AT LAW
333 Earle Ovington Boulevard, Suite 701
Uniondale, New York 11553

Paul J. Farrell

Michael J. Musella
Wendy A. Greenseich
John F. Gallagher III
Ryan C. Carter*
Emmanuel Coffy**
Dinh G. Lai**

Thomas C. Schoeffler
Camilo E. Adames

*Admitted in Maryland
**Admitted in New Jersey

Tel: 516-228-3565
Fax: 516-228-8475 / 516-228-8476
e-mail: genmail@farrelliplaw.com

April 27, 2007

Via ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Room 263
Courtroom A – North Wing, 2nd Floor
Brooklyn, New York  11201

      Re:    **Site Pro 1 v Better Metal**
                **06cv6508 (ILG/RER)**

Dear Judge Reyes:

    We represent plaintiff Site Pro 1 in the above-referenced matter.

    Today we received a copy of a *Notice Of Supplemental Authority* that defendant had submitted to Your Honor.  We are quite surprised that we were not consulted before defendant made this submission, particularly in view of the legal argument set forth in defendant's *Notice*.  Plaintiff requests that Your Honor strike the legal argument set forth in the *Notice* as an unauthorized sur-reply.  However, plaintiff does request that Your Honor consider the <u>entire</u> *Hamzik v Zale* decision that is appended to defendant's *Notice*, and in particular the holding of the district court.

    We welcome the opportunity to address the *Hamzik* decision at the oral argument that defendant requested in its opposition to defendant's Rule 12(b)(6) motion.  If more convenient for Your Honor, we can submit a written response to the unauthorized legal argument set forth in plaintiff's *Notice*.  Please let us know.

    Finally, enclosed for Your Honor's consideration is a ruling that issued this week in the *Google Inc. v. American Blind & Wallpaper Factory, Inc.* case that was cited in defendant's opposition.

dockets.Justia.com

The Honorable Ramon E. Reyes, Jr.
Site Pro 1 v Better Metal; 06cv6508 (ILG/RER)
April 27, 2007
Page 2

---

Please let us know if any additional information is required.

Respectfully submitted,

John F. Gallagher III
Counsel for Plaintiff, Site Pro 1

Enclosure

cc (via ECF):	Thor Y. Urness, Esq.
Jonathan Rose, Esq.
BOULT, CUMMINGS, CONNERS & BERRY, PLC
Counsel for Defendant, Better Metal