UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SITE PRO-1, INC.,

                Plaintiff,

-against-

BETTER METAL, LLC.


                Defendant.
---------------------------------------------------------------X

JUDGMENT
06-CV- 6508 (RER)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 4 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Ramon E. Reyes, Jr., United States Magistrate Judge, having been filed on May 9, 2007, granting Better Metal's motion to dismiss; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that Better Metal's motion to dismiss is granted.


Dated: Brooklyn, New York
       May 10, 2007

                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court